ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAKEMA IVY,<br><br>        Petitioner,<br><br>    v.<br><br>J. CAVAZOS, WARDEN<br><br>        Respondent. | Case No. CV 10-5156 PSG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Order.

DATED: July 29, 2010

_(signature)_
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 30 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY