ENTER/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAKEMA IVY, | Case No. CV 10-5156 PSG (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| J. CAVAZOS, WARDEN | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Order.

DATED: July 29, 2010

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE